No. 25.   Helvering, Commissioner of Internal Revenue, v. Duke et al.

Argued October 17, 1933.   Decided October 23, 1933.   *Per Curiam:* Decree affirmed by an equally divided Court. Mr. Chief Jus-

TICE HUGHES took no part in the consideration or decision of this case. *Solicitor General Biggs* and *Mr. Erwin N. Griswold,* with whom *Messrs. Sewall Key* and *Francis H. Horan* were on the brief, for petitioner. *Mr. John W. Davis,* with whom *Messrs. Wm. R. Perkins, Forrest Hyde, H. H. Shelton,* and *Marion N. Fisher* were on the brief, for respondents.